No. 68802.—Marset, Inc. v. United States, protests 63/3777 and 63/3779 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of certain varnish or ink pastes similar in all material respects to those the subject of *Marset, Inc.*, and *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (50 Cust. Ct. 127, C.D. 2400), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 1, 1964

No. 68803.—Excel Shipping Corp. and English Bicycle Co. et al. v. United States, protests 302591–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.